| AO 10 Rev. 1/2017 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2016 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Webber, E. Richard | Eastern District of Missouri | 04/24/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active Senior | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 1/01/2016 to 12/31/2016 |

**7. Chambers or Office Address**

U.S. District Court
111 S. Tenth St., Suite 8 South
St. Louis, MO 63102

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Partner (see VIII) | Eureka Land Company (see VIII) |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2016 | Missouri State Judicial Retirement | $67,966.37 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | David C. Pratt | St. Louis Cardinals Baseball Tickets | $5,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Lincoln Financial Services | Lincoln MKS debt | J |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Webber, E. Richard | 04/24/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | U.S. Savings Bonds | A | Interest | J | T | | | | | |
| 2. | Transamerica Life Ins. Co. Whole Life Insurance Policy | A | Interest | K | T | | | | | |
| 3. | Savings Acct U.S. Bank | A | Interest | K | T | | | | | |
| 4. | Franklin Templeton US Gov't Sec. Fund- Class A | B | Dividend | L | T | | | | | |
| 5. | 1/2 interest in real estate / Scotland County, Missouri | E | Inheritance | N | W | | | | | |
| 6. | Condominium Lake of the Ozarks, Camden County MO (See VIII) | C | Rent | | | Sold | 11/22/16 | L | A | |
| 7. | John Hancock Annuity Lifestyle Growth | C | Dividend | K | T | | | | | |
| 8. | Bank of Kirksville CD | A | Interest | K | T | | | | | |
| 9. | Bank of Kirksville CDs - 1/2 Interest (grouped) | A | Interest | J | T | | | | | |
| 10. | Alcoa Aluminum (Common Stock), See Section VIII | A | Dividend | J | T | Buy | 03/31/16 | J | | |
| 11. | Alcoa Aluminum (Common Stock), See Section VIII | A | Dividend | | | Sold | 07/12/16 | J | A | |
| 12. | Alcoa Aluminum (Common Stock), See Section VIII | A | Dividend | J | T | Buy | 08/15/16 | J | | |
| 13. | Alcoa Aluminum (Common Stock), See Section VIII | A | Dividend | | | Sold | 10/31/16 | J | A | |
| 14. | Alcoa Aluminum (Common Stock), See Section VIII | A | Dividend | J | T | Buy | 11/30/16 | J | | |
| 15. | Apple (Common Stock) | A | Dividend | J | T | | | | | |
| 16. | Arconic (Common Stock | A | Dividend | J | T | Buy | 11/30/16 | J | | |
| 17. | AT&T (Common Stock) | A | Dividend | J | T | Buy | 11/29/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Webber, E. Richard | 04/24/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Bank of New York Mellon (Common Stock) | A | Dividend | J | T | | | | | |
| 19. Bank of New York Mellon (Common Stock) | A | Dividend | J | T | Buy | 11/23/16 | J | | |
| 20. Berkshire Hathaway (Common Stock - Class B) | A | Dividend | K | T | | | | | |
| 21. Conoco Phillips ( Common stock) UBS | A | Dividend | J | T | Sold (part) | 07/12/16 | J | A | |
| 22. CSX (Common Stock) | A | Dividend | J | T | | | | | |
| 23. Express Scripts (Common Stock) | A | Dividend | J | T | Buy | 09/15/16 | J | | |
| 24. Ford Motor Company (Common Stock) | A | Dividend | J | T | Buy | 01/11/16 | J | | |
| 25. Ford Motor Company (Common Stock) | A | Dividend | J | T | Buy | 02/24/16 | J | | |
| 26. Ford Motor Company (Common Stock) | A | Dividend | | | Sold | 07/12/16 | K | A | |
| 27. Ford Motor Company (Common Stock) | A | Dividend | J | T | Buy | 08/15/16 | K | | |
| 28. General Electric (Common Stock) | A | Dividend | K | T | | | | | |
| 29. General Motors (Common Stock) | A | Dividend | K | T | | | | | |
| 30. Lowes Companies (Common Stock) | A | Dividend | K | T | Buy | 11/23/16 | J | | |
| 31. McDonald's (Common Stock) | A | Dividend | J | T | Buy | 11/23/16 | J | | |
| 32. Microsoft (Common Stock) | A | Dividend | J | T | | | | | |
| 33. National Oilwell Varco (Common stock) UBS | A | Dividend | J | T | Sold (part) | 07/12/16 | J | A | |
| 34. N O W Inc.com (Common Stock) | A | Dividend | J | T | Buy | 05/31/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Webber, E. Richard | 04/24/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Potash Corp of Saskatchewan (Common Stock) | A | Dividend | | | Sold | 07/12/16 | J | A | |
| 36. Potash Corp of Saskatchewan (Common Stock) | A | Dividend | J | T | Buy | 08/15/16 | J | | |
| 37. Wells Fargo Company (Common Stock) | A | Dividend | K | T | | | | | |
| 38. Yum Brands (Common Stock) | A | Dividend | J | T | Buy | 11/23/16 | J | | |
| 39. Centene Co (Common Stock) | A | Dividend | J | T | Buy | 11/17/16 | J | | |
| 40. Conoco Phillips | A | Dividend | | | Sold | 07/12/16 | J | A | |
| 41. Danaher Corp | A | Dividend | J | T | Buy | 11/06/16 | J | | |
| 42. Home Depot (Common Stock) | A | Dividend | J | T | Buy | 11/17/16 | J | | |
| 43. National Oilwell Varco | A | Dividend | | | Sold | 07/12/16 | J | A | |
| 44. Newell Brands Mutual Fund | A | Dividend | J | T | Buy | 11/17/16 | J | | |
| 45. State Farm Whole Life (64) | A | Dividend | J | T | | | | | |
| 46. State Farm Whole Life (67) | A | Dividend | J | T | | | | | |
| 47. Lincoln Financial Insurance (whole life) | A | Dividend | J | T | | | | | |
| 48. Pimco Income Fund (Bond Fund) | A | Interest | K | T | Sold (part) | 11/27/16 | J | A | |
| 49. Pimco Income Fund (Bond Fund) | A | Interest | J | T | Buy | 02/10/16 | J | | |
| 50. Pimco Income Fund (Bond Fund) | A | Interest | J | T | Buy | 05/31/16 | J | | |
| 51. FMI International Mutual Fund | A | Dividend | J | T | Buy | 05/31/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Webber, E. Richard | 04/24/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. T Rowe Price Global Technology Mutual Fund | A | Dividend | J | T | Buy | 05/31/16 | J | | |
| 53. T Rowe Price Global Technology Mutual Fund | A | Dividend | J | T | Buy | 12/08/16 | J | | |
| 54. T Rowe Price QM Small Cap Growth Mutual Fund | A | Dividend | J | T | Buy | 05/31/16 | J | | |
| 55. T Rowe Price QM Small Cap Growth | A | Dividend | J | T | Buy | 12/08/16 | J | | |
| 56. Sun America Mutual Fund (Now AIG Focused Strategy) | A | Dividend | J | T | Buy | 05/31/16 | J | | |
| 57. Alger Capital Appreciations Fund Mutual Fund | A | Dividend | J | T | Buy | 05/31/16 | J | | |
| 58. Glenmeade Large Cap Growth Mutual Fund | A | Dividend | J | T | Buy | 05/31/16 | K | | |
| 59. Bogle Investment Mgt Small Cap | A | Interest | J | T | Sold (part) | 05/27/16 | J | A | |
| 60. Dodge and Cox International Fund | A | Dividend | J | T | Sold (part) | 01/19/16 | J | A | |
| 61. Dodge and Cox International Fund | A | Dividend | J | T | Sold (part) | 05/27/16 | J | A | |
| 62. Oakmark Fd Class 1 | A | Dividend | K | T | Sold (part) | 05/27/16 | K | A | |
| 63. TCW Total Return Bond Fund | A | Int./Div. | | | Sold | 12/05/16 | K | C | |
| 64. Third Avenue Real Estate Mutual Fund | A | Dividend | | | Sold | 05/27/16 | K | A | |
| 65. Eaton Vance Atlanta Capital SMID Cap Fund (Mutual Fund) | B | Interest | K | T | Sold (part) | 05/27/16 | J | A | |
| 66. Eaton Vance Atlanta Capital SMID Cap Fund (Mutual Fund) | B | Interest | K | T | Buy | 12/08/16 | J | | |
| 67. Templeton Global Bond Fund | A | Dividend | | | Sold | 05/27/16 | K | A | |
| 68. Euro Pacific Growth (Mutual Fund) | A | Dividend | | | Sold | 05/27/16 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Pimco Foreign Bond Fund | A | Interest | J | T | Buy | 05/31/16 | J | | |
| 70. Vanguard Intermediate Fund (Bond Fund) | A | Interest | J | T | Buy | 12/08/16 | J | | |
| 71. Victory Sycamore Establishment Value Fund (Mutual Fund) | A | Dividend | J | T | Buy | 12/08/16 | J | | |
| 72. Fidelity Real Estate Investment Portfolio (Mutual Fund) | A | Dividend | J | T | Buy | 05/31/16 | J | | |
| 73. Fidelity Real Estate Investment Portfolio (Mutual Fund) | A | Dividend | J | T | Buy | 12/08/16 | J | | |
| 74. Nuveen All American Bond Fund | A | Int./Div. | J | T | Buy | 12/14/16 | K | | |
| 75. Pimco Income Fund International (Bond Fund) | A | Interest | J | T | Buy | 05/31/16 | J | | |
| 76. Fidelity Advisor New Insights Fund Class C (Mutual Fund) | A | Dividend | | | Sold | 12/05/16 | J | B | |
| 77. Franklin Templeton Tax Free Inc. (Mutual Fund) | A | Interest | J | T | | | | | |
| 78. Fidelity Advisor Materials Fd Class A | A | Dividend | J | T | Buy | 12/08/16 | J | | |
| 79. Oakmark Select | A | Dividend | | | Sold | 05/27/16 | J | A | |
| 80. Mainstay Unconstrained Bond Fund | A | Interest | | | Sold | 05/27/16 | J | A | |
| 81. Mairs and Power Growth Fund (Mutual Fund) | A | Dividend | J | T | | | | | |
| 82. American Balanced Fund (Mutual Fund) | A | Int./Div. | J | T | | | | | |
| 83. FMI Large Cap Fund (Mutual Fund) | A | Dividend | | | Sold | 05/27/16 | J | A | |
| 84. Oakmark International Fund (Mutual Fund) | A | Dividend | | | Sold | 05/27/16 | K | A | |
| 85. RS Select Growth Fund (Now Vickery RS Select Growth Fund) | A | Dividend | J | T | Sold (part) | 01/19/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Webber, E. Richard | 04/24/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Vanguard Strategic Equity Fund (Mutual Fund) | A | Dividend | K | T | | | | | |
| 87. EuroPacific Fd GWA 529 (Mutual Fund) | A | Dividend | K | T | | | | | |
| 88. American Fund AMCAP GWA 529 (Mutual Fund) | A | Dividend | K | T | | | | | |
| 89. EuroPacific Fd IWM 529 (Mutual Fund) | A | Dividend | K | T | | | | | |
| 90. American Fund AMCAP IWM 529 (Mutual Fund) | A | Dividend | K | T | | | | | |
| 91. Western Asset Managed Muni C (Legg Mason) (Mutual Fund) | A | Interest | L | T | | | | | |
| 92. Western Asset Short Duration Muni C (S&W 1/2 interest) (Legg Mason) | A | Interest | J | T | | | | | |
| 93. Legg Mason - Western Asset Managed Muni C (S&W 1/2 interest) | A | Interest | K | T | | | | | |
| 94. American Funds ICAA (Mutual Fund) | A | Dividend | J | T | | | | | |
| 95. American Funds - New Economy (Mutual Fund) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Webber, E. Richard | 04/24/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Personal Information: Name - Ernest R. Webber, Jr. (a/k/a E. Richard Webber)

Section I: Partner, Eureka Land Company - Approximately thirty-five years ago, I and four other men purchased eighty (80) acres of low productive land by each contributing $3000.00. It is used for hunting and farming. The annual income to me is around $500.00. There are no officers. There is a small old barn on the premises. I have no leadership role among the five owners.

On 10/31/16 There was an unsolicited reverse split of 1472 shares of Alcoa Aluminum. Shares became 168 shares of Alcoa Aluminum and 490 shares of Arconic.

| Name of Person Reporting | Date of Report |
|---|---|
| Webber, E. Richard | 04/24/2017 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ E. Richard Webber**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544